**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SEATTLE, WA 98101

January 31, 2023

Gary Bowser
11017509
FEDERAL DETENTION CENTER–SEATAC
PO BOX 13900
SEATTLE, WA 98198

Your civil action *Bowser v. Jacquez et al* was filed in the U.S. District Clerk's office at Seattle on January 30, 2023.

Your case has been assigned Case Number **2:23–cv–00136–RAJ–SKV,** and has been assigned to Judge Richard A. Jones, Presiding Judge, and referred to Magistrate Judge S. Kate Vaughan.

*All future correspondence with the Court must contain the entire case number as indicated above.*

Thank you,

RAVI SUBRAMANIAN, *Clerk*

s/*Deputy Clerk*

cc: file